OSCAR ANDREWS
                Petitioner

v.                                   **Judgment in a Civil Case**

UNITED STATES OF AMERICA
                Respondent                 Case Number: 5:10-HC-2160-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for petitioner's failure to respond to the magistrate judge's order.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on October 28, 2010, with service on:
Oscar Andrews  00992-192, Federal Correctional Institution, P.O. Box 1500, Butner, NC  27509 (via U.S. Mail)

October 28, 2010                                         /s/ Dennis P. Iavarone
                                                                     Clerk